**Order entered June 17, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00173-CV

**TAMI DONALD, JERRY MOORE, AND SUMMIT SPRING WATER COMPANY, INC., Appellants**

**V.**

**BMR DISTRIBUTING, INC., ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-08127**

### ORDER

Before the Court is appellants' June 16, 2021 unopposed motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than July 23, 2021.

/s/    KEN MOLBERG
JUSTICE